UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVEER PELLOT,

       Plaintiff,                                              Case No. 1:22-cv-1030

v.                                                                                Hon. Ray Kent

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**JUDGMENT**

In accordance with the Stipulation and Order of Remand entered this date:

The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for a new hearing and further consideration of plaintiff's application pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: May 8, 2023                          /s/ Ray Kent
                                                         RAY KENT
                                                         United States Magistrate Judge